IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

ROY WILMOTH, JR.                                                                                           PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:20-CV-120-NBB-RP

ALEX AZAR                                                                                                 DEFENDANT

## CASE MANAGEMENT ORDER

The undersigned conducted a case management conference with counsel for the parties on this date. This order, including all deadlines, has been established with the participation of all parties and can be modified only by order of the court on a showing of good cause.

Therefore, it is ORDERED as follows:

1. The plaintiff in this matter, being aggrieved by an action of the United States Department of Health and Human Services, seeks judicial review of that action pursuant to 5 U.S.C. § 701, *et seq*. The parties agree that the decision will be based on the agency's administrative record and the parties' motions for judgment on the record. No discovery will be permitted. The parties have made their initial disclosures. No further discovery will be permitted unless specifically authorized by the court.

2. This case is set for non-jury trial beginning on February 22, 2021 Oxford, Mississippi before United States District Judge Neal Biggers.

3. The pretrial conference is set for January 21, 2021 at 10:00 a.m. in Oxford, Mississippi before United States Magistrate Judge Roy Percy.

3. Defendant will respond to the Amended Complaint by June 23, 2020, and by that same date Defendant will electronically file the administrative record.

4. All dispositive motions must be filed by October 22, 2020.

SO ORDERED, this the 8th day of June, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE