DNotice (N.D.Miss.1990)

*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE

ROY WILMOTH, JR.

     V.                         CASE NO. 3:20CV120-NBB-RP

ALEX AZAR

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

*Place*
U.S. FEDERAL BLDG.
Oxford, MS

*Room No.*

*Date and Time*
September 23, 2020 at 2:00 p.m.

*Type of Proceeding*

### TELEPHONIC STATUS CONFERENCE
### UNITED STATES MAGISTRATE JUDGE ROY PERCY

**Parties are instructed to call the conference line at 888-363-4735, access code 4317261**

                                             DAVID CREWS
                                             Clerk of Court

                                             /s/ Rebekah Capps
                                             Courtroom Deputy

Date: September 22, 2020

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**