FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

Roy Wilmoth, Jr.                                                         Plaintiff

v.                                                        CIVIL ACTION NO. 3:20-CV-12-NBB-RP

Alex M. Azar, II, in his official
capacity as Secretary of the U.S.
Department of Health and Human Services                         Defendant

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**     **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✓) Check as appropriate:

    \_\_\_\_    Interrogatories to:     _____

    \_\_\_\_    Requests for Production of
               Documents to:     _____

    \_\_\_\_    Requests for Admissions to:     _____

    _✓_    Responses to Interrogatories of:     _Plaintiff_____

    \_\_\_\_    Responses to Requests for
               Production of Documents of:     _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

\_\_\_\_\_  Responses to Requests for
         Admissions of:                    _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

|  |  |
|---|---|
| _____10/22/2020_____ | _____/s/ Stuart S. Davis_____ |
| Date | Signature |

_____Stuart S. Davis (MSB #103224)\_\_\_
Typed Name & Bar Number