IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROY WILMOTH, JR.                                                  PLAINTIFF

V.                              CIVIL ACTION NO. 3:20-cv-120-NBB-RP

ALEX M. AZAR, II, in his Official
Capacity as Secretary of the U.S.
Department of Health and Human Services             DEFENDANT

## **ORDER**

    In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendant's motion to dismiss is **GRANTED**, and this case is

**DISMISSED** with prejudice and closed.

    This 22nd day of February, 2021.

                                       /s/ Neal Biggers
                                       NEAL B. BIGGERS, JR.
                                       UNITED STATES DISTRICT JUDGE